UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALVIN C. LEE,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAMES SALMONSON,<br><br>                    Defendant. | Case No. CV-18-14 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**  X  **    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

Judgment is entered as stated by the Courts' Order as entered on October 3, 2018 , E.C.F., document 7.

Dated this 3rd day of October, 2018.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ E.Hamnes
                                      E.Hamnes , Deputy Clerk